DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRYAN ROBERTS,**
Appellant,

v.

**ANDRII BIELINSKYI,** and/or **BANDURA LLC,**
Appellees.

No. 4D2025-1438

[March 4, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen Mary McHugh, Judge; L.T. Case No. COCE21070988.

Bryan Roberts, Miramar, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed. See, inter alia, A.L. v. Dep't of Children & Families*, 958 So. 2d 606, 607 (Fla. 4th DCA 2007) ("In the absence of an adequate transcript on appeal, a judgment that is not fundamentally erroneous must be affirmed.") (cleaned up) (quotation omitted).

GROSS, CIKLIN and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***